## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re: Jon Hudson  
SS#: 1738  
and  
Nance Hudson  
SS#: 5609

Case No.: 10-46265-BKC-PGH  
Chapter 13

_____ Debtor(s) _____ /

### Debtors' *Ex Parte* Motion to Restrict Public Access to Docket #14

The Debtor(s), Jon Hudson and Nance Hudson, by and through their undersigned attorneys, file this *Ex Parte* Motion to Restrict Public Access to Docket #14 and state:

1. The undersigned filed the required pay advices(docket #14) on or about December 7, 2010. Unfortunately, one of the pay advices disclosed the debtor's social security number. The pay advices with the redacted social security number has been filed(see docket #17).

**WHEREFORE** the Debtors respectfully request that this Court enter an Order restricting public access to docket #14 and such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to **Robin R. Weiner**, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355-9007, **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and **all creditors** listed on attached Creditors Matrix by U.S. Mail this 16th day of December, 2010.

HOSKINS & TURCO, P.L.  
By: Colin V. Lloyd, Esquire  
Florida Bar No.:0165182  
302 South Second Street  
Fort Pierce, FL 34948  
(772) 464-4600 ext. 26  
(772) 465-4747 fax

Jon Hudson
2446 SE Sapelo Avenue
Port Saint Lucie, FL 34952

Asset Care, Inc.
ATTN: Bankruptcy Department
POB 15379, Dept 17
Wilmington, DE 19850

AT&T
c/o Afni, Inc.
POB 3427
Bloomington, IL 61702

AT&T
ATTN: Bankruptcy Department
POB 105503
Atlanta, GA 30348-5503

CitiMortgage Inc
ATTN: Bankruptcy Department
POB 9438
Gaithersburg, MD 20898

CitiMortgage, Inc.
ATTN: Bankruptcy Department
4050 Regent Blvd., MS N2A-222
Irving, TX 75063

CitiMortgage, Inc.
c/o PennyMac Loan Servicing, LLC
POB 514387
Los Angeles, CA 90051-4387

Columbia House
c/o Security Credit Services
2623 W Oxford Loop
Oxford, MS 38655

Columbia House
ATTN: Bankruptcy Department
POB 1141
Terre Haute, IN 47811-1141

Comcast
c/o Credit Protection Associates
13355 Noel Rd Ste 2100
Dallas, TX 75240

Comcast
ATTN: Bankruptcy Department
1495 W. Britt Road
Stuart, FL 34994-9266

County Anesthesia Group
c/o First Federal Credit Corp
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

County Anesthesia Group
ATTN: Bankruptcy Department
POB 868
Stuart, FL 34995

Dish Network
c/o Afni, Inc.
POB 3097
Bloomington, IL 61702

Dish Network
ATTN: Bankruptcy Department
POB 9033
Littleton, CO 80160

Donald Bunch
1951 NE 60th Street
Fort Lauderdale, FL 33308

Donald Bunch
1951 SE 60th Street
Fort Lauderdale, FL 33308

First Nationwide Mortgage
ATTN: Bankruptcy Department
840 Stillwater Rd Bldg B
West Sacramento, CA 95605

Florida Heart Center PA
ATTN: Bnakruptcy Department
1900 Nebraska Avenue, Suite 9
Fort Pierce, FL 34950

Florida United Radiology, L.C.
c/o Gulf Coast Collection
5690 Marquesas Circle
Sarasota, FL 34233

Florida United Radiology, L.C.
ATTN: Bankruptcy Department
POB 19510
Fort Lauderdale, FL 33318

Florida United Radiology, LC
c/o Gulf Coast Collection
5690 Marquesas Circle
Sarasota, FL 34233

Florida United Radiology, LC
ATTN: Bankruptcy Department
PO Box 19510
Plantation, FL 33318

Francis X Condi
c/o Rapid Recovery
1325 Se 47th St. Suite I
Cape Coral, FL 33904

Great Clips #9893
c/o Cybrcollect Inc
2350 South Ave
La Crosse, WI 54601

Hsbc Auto
ATTN: Bankruptcy Department
6602 Convoy Ct
San Diego, CA 92111

Hsbc/Santander Consumer USA
ATTN: Bankruptcy Department
POB 961245
Fort Worth, TX 76161

Internal Revenue Service
ATTN: Bankruptcy Department
POB 21126
Philadelphia, PA 19114

Jefferson R Vaughan MD, FACS
c/o Franklin Collection Services
2978 W Jackson St
Tupelo, MS 38801

Jefferson R Vaughan MD, FACS
ATTN: Bankruptcy Department
1002 S. Old Dixie Highway, Suite 203
Jupiter, FL 33458

Labcorp
c/o Credit Collection Services
P.O. Box 55126
Boston, MA 02205-5126

Martin Memorial Health Systems
c/o Merchants Assoc Cool
134 S Tampa St
Tampa, FL 33602

Martin Memorial Health Systems
Attention: Bankruptcy Department
POB 9033
Stuart, FL 34995-9033

Medical Center of Port Saint Lucie
c/o West Asset Management
2703 N Highway 75
Sherman, TX 75090

Medical Center of Port Saint Lucie
ATTN: Bankruptcy Department
1800 SE Tiffany Avenue
Port Saint Lucie, FL 34952

Music Service Club
c/o National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111

Nco/Medclr
ATTN: Bankruptcy Department
507 Prudential Road
Philadelphia, PA 19044

Radiology Imaging Associates
ATTN: Bankruptcy Department
POB 1636
Fairport, NY 14450-7636

RJM Acquisitions Funding LLC
ATTN: Bankruptcy Department
575 Underhill Blvd, Suite 224
Syosset, NY 11791

St. Lucie County Tax Collector
Bob Davis, CPA, CGFO, CFC
POB 308
Fort Pierce, FL 34954-0308

St. Lucie Medical Associates, Inc
ATTN: Bankruptcy Department
1701 SE Hillmoor Drive, Suite 4
Port Saint Lucie, FL 34952

St. Lucie Medical Center
c/o B-Line, LLC
PO Box 91121, MS 550
Seattle, WA 98111-9221

St. Lucie Medical Center
c/o NCO Financial
POB 13584
Philadelphia, PA 19101

St. Lucie Medical Center
Attention: Bankruptcy Department
1800 SE Tiffany Avenue
Port St. Lucie, FL 34952

Tiffany Emergency Physicans
c/o NCO Financial
POB 8547
Philadelphia, PA 19101

Tiffany Emergency Physicians
c/o NCO Financial
POB 41466
Philadelphia, PA 19101

Tiffany Emergency Physicians
c/o NCO Financial
POB 41466
Philadelphia, PA 19101

Tiffany Emergency Physicians
c/o NCO Financial
507 Prudential Rd
Horsham, PA 19044

Tiffany Emergency Physicians
c/o Nco Fin 02
507 Prudential Rd
Horsham, PA 19044

Tiffany Emergency Physicians
c/o NCO Financial
POB 8547
Philadelphia, PA 19101

Tiffany Emergency Physicians
Attention: Bankruptcy Department
POB 41655
Philadelphia, PA 19101-1655

Tiffany Emergency Physicians
ATTN: Bankruptcy Department
POB 41655
Philadelphia, PA 19101-1655

Tiffany Emergency Physicians
ATTN: Bankruptcy Department
POB 41585
Philadelphia, PA 19101-1585